IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30455
Summary Calendar
_____


VERNON L. ORANGE, SR.,

                                        Plaintiff-Appellant,

versus

JACK STRAIN, Sheriff,
St. Tammany Parish Jail; ET AL.,

                                        Defendants,

CASEY CAGLE, SR., Deputy,
St. Tammany Parish Jail,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 97-CV-1010-T
--------------------
March 22, 2001

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

     Vernon L. Orange, Sr., appeals the judgment in favor of the defendant in this 42 U.S.C. § 1983 action.  Orange first argues that the district court erred in declining to grant his summary judgment motion on the issue of exhaustion of administrative remedies.  Orange has failed to show that the district court erred in denying the motion.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Orange also argues that the district court erred in conducting a trial limited to the issue he raised against defendant Cagle. We addressed the issue of which claims should proceed to trial in a previous appeal. Orange may not raise this issue again. United States v. Becerra, 155 F.3d 740 (5th Cir. 1998).

Orange's final argument relates to evidence presented at trial. Orange has not provided this court with a trial transcript. Consequently, we need not review this issue. Powell v. Estelle, 959 F.2d 22 (5th Cir. 1992). Because Orange has failed to show that the district court's judgment was erroneous, that judgment is AFFIRMED.